Chandra S. Andrade (State Bar No. 271769)
candrade@fbm.com
JaeWook (Jerry) Lee (State Bar No. 333054)
jlee@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ADRIENNE DENNIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC, a California limited liability company; AMAZON.COM, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-9195<br><br>**DEFENDANTS AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)**<br><br>[LOS ANGELES COUNTY SUPERIOR COURT; CASE NO. 22STCV32113]<br><br>Action Filed:     September 30, 2022<br>Trial Date:       N/A |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF ADRIENNE DENNIS:

PLEASE TAKE NOTICE that Defendants AMAZON.COM SERVICES LLC[1] and AMAZON.COM, INC. (collectively, "Amazon"), pursuant to 28 U.S.C. § 1441(b), hereby remove the above-entitled action to this Court from the Superior

---

[1] Amazon.com Services LLC is incorrectly named as "Amazon.com Services, LLC" in the caption of the Complaint and First Amended Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

42801\15201911.2

DEFENDANTS AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

Court of the State of California in and for the County of Los Angeles.

## I.    FACTUAL AND PROCEDURAL BACKGROUND

On September 30, 2022, Plaintiff ADRIENNE DENNIS ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Los Angeles, titled *DENNIS  v. AMAZON.COM SERVICES, LLC*, Case No. 22STCV32113. A true and correct copy of the Complaint, together with its Civil Case Cover Sheet, is attached at **Exhibit A** (hereinafter the "Complaint"). Defendants were not served with the Complaint.

On October 28, 2022, Plaintiff filed a First Amended Complaint ("FAC"). A true and correct copy of the FAC is attached as **Exhibit B.**

In her FAC, Plaintiff alleges 7 causes of action against Amazon: (1) Disability Discrimination; (2) Retaliation in Violation of California Government Code §§ 12940, *et seq.*; (3) Failure to Prevent Discrimination and Retaliation; (4) Retaliation in Violation of California Government Code §§ 12945.2, *et seq.*; (5) Failure to Provide Reasonable Accommodations; (6) Failure to Engage in a Good Faith Interactive Process; and (7) Wrongful Termination. Claims 1–3 and 5–6 are alleged to be violations of California Government Code § 12940, *et seq.* Plaintiff seeks general damages, special damages, pre- and post-judgment interest, punitive damages, costs of suit, attorneys' fees, expert witness fees, and other relief that is just and proper. *See* **Ex. B** at p. 17.

On November 18, 2022, Defendants were served with Plaintiff's FAC. *See* **Ex. C**. On December 15, 2022, Defendants answered Plaintiff's First Amended Complaint in state court. *See* **Ex. D**.

## II.    THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading."  *See* 28 U.S. §1446(b)(2)(B).

## III.    THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on

Farella Braun + Martel LLP
235 Montgomery Street, 17ᵗʰ Floor
San Francisco, California 94104
(415) 954-4400

2

42801\15201911.2

DEFENDANTS AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

the parties' diversity of citizenship.  *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]").  First, Plaintiff and each of the Defendants are citizens of different states. Plaintiff's Complaint alleges that she resides in the state of California and has lived in California at all material times.  *See* **Ex. B** at p. 2, ¶ 2.

Defendant Amazon.com Services LLC is not a citizen of California. For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). At all times relevant to this action, Amazon.com Services LLC has been a citizen of Washington and Delaware (but not California). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its corporate headquarters and principal place of business in Washington. *See* **Ex. E** (Washington Secretary of State Annual Report for Amazon.com Sales, Inc. listing principal office in Seattle, Washington and incorporation in Delaware).

Defendant Amazon.com, Inc. is not a citizen of California. A corporation "shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business[.]" 28 U.S.C. § 1332(a). At all times relevant to this action, Amazon.com, Inc. has been a citizen of Washington and Delaware (but not California). Amazon.com, Inc. is a Delaware corporation with its corporate headquarters and principal place of business in Washington. *See* **Ex. F** (Washington Secretary of State Statement of Information for Amazon.com, Inc. listing principal office in Seattle, Washington and organized under Delaware law). Thus, diversity of citizenship exists.

In addition, the amount in controversy exceeds $75,000. Though Defendants deny that Plaintiff is entitled to any damages, Plaintiff seeks general damages,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

3

42801\15201911.2

DEFENDANTS AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

special damages, punitive damages, attorneys' fees, and more. *See* **Ex. B** at p. 17. California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims. *See, e.g.*, *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL 3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress damages, punitive damages, and attorneys' fees and costs); *Castanon v. Int'l Paper Co.*, No. 2:15-CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (amount-in-controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional distress and punitive damages, and attorneys' fees); *Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029, 1032, 1035 (N.D. Cal. 2002) (amount-in-controversy requirement satisfied in employment discrimination case seeking compensatory damages, punitive damages, emotional distress damages, injunctive relief, and attorneys' fees). Thus, removal is proper based on this Court's diversity jurisdiction.

## IV.    VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Los Angeles, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

## V.    NOTICE OF REMOVAL

Defendants will promptly provide written notice of this Notice of Removal to Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

4

42801\15201911.2

DEFENDANTS AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

## VI.   CONCLUSION

As detailed above, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1441(b).  Having fulfilled all statutory requirements, Defendants remove this action from the Superior Court of California, County of Los Angeles to this Court, and request that this Court assume full jurisdiction over this matter as provided by law.

Dated:  December 19, 2022          FARELLA BRAUN + MARTEL LLP


By:        /s/ *Chandra S. Andrade*
          Chandra S. Andrade

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

5

42801\15201911.2

DEFENDANTS AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

**PROOF OF SERVICE**

**Adrienne Dennis v. Amazon.com Services, LLC, et al.**
**United States District Court Central District of California,**
**Case No. 2:22-cv-9195**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 235 Montgomery Street, 17th Floor, San Francisco, CA 94104.

On December 19, 2022, I served true copies of the following document(s) described as **DEFENDANTS AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)** on the interested parties in this action as follows:

Jace H. Kim, Esq.
*Jace.Kim@Dominguezfirm.com*
Carlos Andres Perez, Esq.
*Carlos.Perez@Dominguezfirm.com*
Javier Ramirez, Esq.
*Javier.Ramirez@Dominguezfirm.com*
**THE DOMINGUEZ FIRM, LLP**
3250 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90010
Telephone: (213) 388-7788
Facsimile: (213) 201-8212

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Farella Braun + Martel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dgunn@fbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 19, 2022, at Vacaville, California.

_____
Dan Gunn

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

42801\15201911.2

PROOF OF SERVICE